| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** — Azucar Restaurants LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   - DBA The House of Pita (Murphys)
   - DBA Kalamata (Arnold)
   - DBA The House of Pita (Stockton)

3. **Debtor's federal Employer Identification Number (EIN)** — 92-3741329

4. **Debtor's address**

   Principal place of business:
   445 West Weber Avenue
   Suite 126
   Stockton, CA 95203

   County: San Joaquin

   Mailing address, if different from principal place of business: 

   Location of principal assets, if different from principal place of business:

5. **Debtor's website (URL)** — 

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Azucar Restaurants LLC**　　　　　Case number (*if known*) _____
　　　　Name

7. **Describe debtor's business**　A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　　■ None of the above

　　B. *Check all that apply*
　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**　*Check one:*

　　☐ Chapter 7
　　☐ Chapter 9
　　■ Chapter 11. *Check all that apply:*

　　　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　　　☐ A plan is being filed with this petition.

　　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

　　■ No.
　　☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **Azucar Restaurants LLC**　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
　■ No
　☐ Yes.

　List all cases. If more than 1, attach a separate list
　　Debtor _____　　　　　　　　　　Relationship _____
　　District _____　When _____　Case number, if known _____

11. Why is the case filed in *this district*?
　*Check all that apply:*
　■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
　☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
　■ No
　☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　**Why does the property need immediate attention?** (*Check all that apply.*)
　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____
　☐ It needs to be physically secured or protected from the weather.
　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
　☐ Other _____

　**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

　**Is the property insured?**
　☐ No
　☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

■　**Statistical and administrative information**

13. Debtor's estimation of available funds
　*Check one:*
　■ Funds will be available for distribution to unsecured creditors.
　☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors
　■ 1-49
　☐ 50-99
　☐ 100-199
　☐ 200-999
　☐ 1,000-5,000
　☐ 5001-10,000
　☐ 10,001-25,000
　☐ 25,001-50,000
　☐ 50,001-100,000
　☐ More than100,000

15. Estimated Assets
　☐ $0 - $50,000
　☐ $50,001 - $100,000
　■ $100,001 - $500,000
　☐ $500,001 - $1 million
　☐ $1,000,001 - $10 million
　☐ $10,000,001 - $50 million
　☐ $50,000,001 - $100 million
　☐ $100,000,001 - $500 million
　☐ $500,000,001 - $1 billion
　☐ $1,000,000,001 - $10 billion
　☐ $10,000,000,001 - $50 billion
　☐ More than $50 billion

16. Estimated liabilities
　☐ $0 - $50,000
　☐ $1,000,001 - $10 million
　☐ $500,000,001 - $1 billion

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 3

Debtor    **Azucar Restaurants LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Azucar Restaurants LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 3, 2025**
MM / DD / YYYY

X _/s/ Ana Alonzo_
Signature of authorized representative of debtor

**Ana Sitali Alonzo**
Printed name

Title **Managing Member**

**18. Signature of attorney**

X _/s/ David C. Johnston_
Signature of attorney for debtor

Date **March 3, 2025**
MM / DD / YYYY

**David C. Johnston 71367**
Printed name

**David C. Johnston**
Firm name

**1600 G Street, Suite 102**
**Modesto, CA 95354**
Number, Street, City, State & ZIP Code

Contact phone **(209) 579-1150**   Email address **david@johnstonbusinesslaw.com**

**71367 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

# United States Bankruptcy Court
## Eastern District of California

In re  **Azucar Restaurants LLC**
　　　　　　　　　　　　　Debtor(s)

Case No. _____
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ana Sitali Alonzo**, declare under penalty of perjury that I am the **Sole Managing Member** of **Azucar Restaurants LLC**, and that the following is a true and correct copy of the resolutions adopted by the Sole Managing Member of said company at a special meeting duly called and held on the 1st day of March, 2025.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ana Sitali Alonzo, Managing Member** of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Cchapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Ana Sitali Alonzo, Managing Member** of this company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Ana Sitali Alonzo, Managing Member** of this company is authorized and directed to employ **David C. Johnston, Attorney at Law**, to represent the company in such bankruptcy case."

Date  **March 3, 2025**

Signed _/s/ Ana Sitali Alonzo_
Ana Sitali Alonzo, Sole Managing Member

Resolution of Sole Managing Member
of
Azucar Restaurants LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ana Sitali Alonzo, Managing Member** of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Ana Sitali Alonzo, Managing Member** of this company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Ana Sitali Alonzo, Managing Member** of this company is authorized and directed to employ **David C. Johnston, Attorney at Law**, to represent the company in such bankruptcy case.

Date  **March 3, 2025**　　　　　　　　　Signed ___/s/ Ana Alonzo___
　　　　　　　　　　　　　　　　　　　　　　　　Ana Sitali Alonzo, Sole Managing Member